**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARAMARK SERVICES, INC. f/k/a ARAMARK CORPORATION; ARAMARK SERVICES, INC. GROUP HEALTH PLAN; ARAMARK UNIFORM SERVICES GROUP HEALTH AND WELFARE PLAN; and ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS; INDEPENDENCE BLUE CROSS; and INDEPENDENCE HEALTH GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:26-cv-01664-GJP |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JON COREY ON BEHALF OF PLAINTIFFS ARAMARK SERVICES, INC., ARAMARK SERVICES, INC. GROUP HEALTH PLAN, ARAMARK UNIFORM SERVICES GROUP HEALTH AND WELFARE PLAN, AND ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE**

Plaintiffs Aramark Services, Inc. (f/k/a Aramark Corporation), Aramark Services, Inc. Group Health Plan, Aramark Uniform Services Group Health And Welfare Plan, and Aramark Benefits Compliance Review Committee, (collectively, "Aramark" or "Plaintiffs"), by and through their undersigned counsel and pursuant to Local Rule of Civil Procedure 83.5.2(b), respectfully moves for the *pro hac vice* admission of Jon Corey. In support of this Motion, Aramark states as follows:

1. Mr. Corey is a member in good standing of the Bars of the State of New York, California, and the District of Columbia.

2. Mr. Corey is an attorney with the law firm McKool Smith and maintains an office in Washington, D.C.

3. This Motion, along with the supporting *pro hac vice* application (attached hereto as Exhibit 1), is being filed by Sarah O'Laughlin Kulik, who is admitted to practice and in good standing before this Court.

4. The required filing fee is being transmitted to the Clerk of Court by courier on April 23, 2026, contemporaneously with the submission of this Motion.

5. A Proposed Order is attached.

Dated: April 23, 2026

Respectfully submitted,

*/s/ Sarah O'Laughlin Kulik*

Sarah O'Laughlin Kulik (PA No. 318534)
Lawrence H. Pockers (PA No. 84589)
Nina Kalandadze (PA No. 329064)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Fax: (215) 979-1020
Email: sckulik@duanemorris.com
lhpockers@duanemorris.com
nkalandadze@duanemorris.com

## CERTIFICATE OF SERVICE

I, Nina Kalandadze, hereby certify that on April 23, 2026 I submitted the foregoing to the Clerk of Court at the designated email address for sealed filing: ECF_Documents@paed.uscourts.gov, and served the following counsel of record via First Class U.S. Mail postage prepaid:

Joshua Drew
Anthony F. Shelley
Katherine E. Pappas
DeMario M. Carswell
900 16th Street NW
Washington, DC 2006
*Attorneys for Defendants*

*/s/ Nina A. Kalandadze*
Nina A. Kalandadze