**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARAMARK SERVICES, INC. f/k/a ARAMARK CORPORATION, et al., | |
| *Plaintiffs,* | CIVIL ACTION NO. 26-1664 |
| v. | |
| QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS, et al., | |
| *Defendants.* | |

**ORDER**

**AND NOW**, this 11th day of May, 2026, upon consideration of Defendants'

Motion to Re-Seal Certain Exhibits to the Complaint and File Redacted Exhibits

Publicly, (Dkt. No. 26), it is **ORDERED** that the Motion is **GRANTED** as follows:

1.    The Clerk of Court shall **RE-SEAL** and **MAINTAIN UNDER SEAL**
Exhibits 1, 2, and 3 to the Complaint.  (Dkt. Nos. 1-3, 1-4, & 1-5.)

2.    Defendants shall file redacted versions of Exhibits 1, 2, and 3 on the
public docket, consistent with the redactions as reflected in Attachments
A, B, and C to the Motion.  (Dkt. Nos. 26-1, 26-2, & 26-3.)

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

1