**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARAMARK SERVICES, INC. f/k/a ARAMARK CORPORATION; ARAMARK SERVICES, INC. GROUP HEALTH PLAN; ARAMARK UNIFORM SERVICES GROUP HEALTH AND WELFARE PLAN; and ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS; INDEPENDENCE BLUE CROSS; and INDEPENDENCE HEALTH GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:26-cv-01664-GJP |

**STIPULATION TO EXTEND DEADLINE**
**FOR RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs Aramark Services, Inc. f/k/a Aramark Corporation; Aramark Services, Inc. Group Health Plan; Aramark Uniform Services Group Health and Welfare Plan, and Aramark Benefits Compliance Review Committee (collectively, "Plaintiffs") and Defendants QCC Insurance Company d/b/a Independence Administrators; Independence Blue Cross, and Independence Health Group, Inc. (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, stipulate as follows:

1. On June 11, 2026, the Parties conducted their Rule 26(f) conference.

2. Pursuant to Rule 26(a)(1)(C), the Parties' initial disclosures are due within fourteen (14) days after the Rule 26(f) conference unless another time is set by stipulation or the Court.

3. Accordingly, the current deadline for the Parties to exchange initial disclosures is June 25, 2026.

4. The Parties have agreed to extend the deadline for serving their Rule 26(a)(1) initial disclosures.

5. The Parties hereby stipulate that the deadline for exchanging Rule 26(a)(1) initial disclosures is extended through and including July 10, 2026.

6. This stipulation does not affect any other deadlines in this matter.

Dated: June 23, 2026

/s/ Nina Kalandadze
Lawrence H. Pockers (PA No. 84589)
Sarah O'Laughlin Kulik (PA No. 318534)
Nina Kalandadze (PA No. 329064)
DUANE MORRIS LLP
30 South 17th Street Philadelphia, PA 19103-4196 Telephone: (215) 979-1000 Fax: (215) 979-1020
Email: lhpockers@duanemorris.com
sckulik@duanemorris.com
nkalandadze@duanemorris.com

Jon Corey (D.C. Bar No. 491311) (pro hac vice)
MCKOOL SMITH, P.C.
1717 K Street NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 370-8300
Fax: (202) 370-8344
Email: jcorey@mckoolsmith.com

David I. Schiefelbein (NY Bar No. 4767398) (pro hac vice)

Respectfully submitted,

/s/ *DeMario M. Carswell*
Joshua Drew (PA Bar No. 310927)
Anthony F. Shelley (Admitted pro hac vice)
Katherine Pappas (Admitted pro hac vice)
DeMario M. Carswell (Admitted pro hac vice)
MILLER & CHEVALIER CHARTERED
900 16th Street NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: jdrew@milchev.com
ashelley@milchev.com
kpappas@milchev.com
dcarswell@milchev.com

*Counsel for Defendants*

Daniel I. Hendler (NY Bar No. 5378187) (pro hac vice)
MCKOOL SMITH, P.C.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Fax: (212) 402-9444
Email: dschiefelbein@mckoolsmith.com
dhendler@mckoolsmith.com

*Counsel for Plaintiffs*

**SO APPROVED**, this 24th day of June, 2026,

BY THE COURT

***/s/ Gerald J. Pappert***
Gerald J. Pappert, U.S. District Court Judge