**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARAMARK SERVICES, INC. f/k/a ARAMARK CORPORATION; ARAMARK SERVICES, INC. GROUP HEALTH PLAN; ARAMARK UNIFORM SERVICES GROUP HEALTH AND WELFARE PLAN; and ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS; INDEPENDENCE BLUE CROSS; and INDEPENDENCE HEALTH GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:26-cv-01664-GJP |

**SECOND STIPULATION TO EXTEND DEADLINE**
**FOR RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs Aramark Services, Inc. f/k/a Aramark Corporation; Aramark Services, Inc. Group Health Plan; Aramark Uniform Services Group Health and Welfare Plan; and Aramark Benefits Compliance Review Committee (collectively, “Plaintiffs”) and Defendants QCC Insurance Company d/b/a Independence Administrators; Independence Blue Cross; and Independence Health Group, Inc. (collectively, “Defendants,” and together with Plaintiffs, the “Parties”), by and through their respective counsel, stipulate as follows:

1. On June 11, 2026, the Parties conducted their Rule 26(f) conference.

2. Pursuant to Rule 26(a)(1)(C), the Parties' initial disclosures were due within fourteen (14) days after the Rule 26(f) conference, unless another time is set by stipulation or the Court.

3. Accordingly, the Parties' initial Rule 26(a)(1) disclosures were originally due on June 25, 2026.

4. The Parties previously stipulated to extend the deadline for exchanging Rule 26(a)(1) initial disclosures from June 25, 2026, to July 10, 2026, and the Court approved the stipulation.

5. The Parties have conferred and agreed than an additional extension of the current July 10, 2026 deadline is warranted.

6. Accordingly, the Parties hereby stipulate that the deadline for exchanging Rule 26(a)(1) initial disclosures shall be extended through and including July 24, 2026.

7. This stipulation does not affect any other deadlines in this matter.

Dated: July 9, 2026

Respectfully submitted,

Jon Corey (D.C. Bar No. 491311)
(Admitted *pro hac vice*)
MCKOOL SMITH, P.C.
1717 K Street NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 370-8300
Fax: (202) 370-8344
Email: jcorey@mckoolsmith.com

David I. Schiefelbein (NY Bar No. 4767398)
(Admitted *pro hac vice*)
Daniel I. Hendler (NY Bar No. 5378187)
(Admitted *pro hac vice*)
MCKOOL SMITH, P.C.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Fax: (212) 402-9444
Email: dschiefelbein@mckoolsmith.com
dhendler@mckoolsmith.com

Lawrence H. Pockers (PA No. 84589)
Sarah O'Laughlin Kulik (PA No. 318534)
Nina Kalandadze (PA No. 329064)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Fax: (215) 979-1020
Email: lhpockers@duanemorris.com
sckulik@duanemorris.com
nkalandadze@duanemorris.com

*Counsel for Plaintiffs*

*/s/ DeMario M. Carswell*
Joshua Drew (PA Bar No. 310927)
Anthony F. Shelley
(Admitted *pro hac vice*)
Katherine Pappas
(Admitted *pro hac vice*)
DeMario M. Carswell
(Admitted *pro hac vice*)
MILLER & CHEVALIER CHARTERED
900 16th Street NW
Washington, DC 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: jdrew@milchev.com
ashelley@milchev.com
kpappas@milchev.com
dcarswell@milchev.com

*Counsel for Defendants*

**SO APPROVED**, this 13th day of July, 2026,

BY THE COURT

***/s/ Gerald J. Pappert***
Gerald J. Pappert, U.S. District Court Judge