**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ARAMARK SERVICES, INC. f/k/a ARAMARK CORPORATION, et al.,

*Plaintiffs,*

v.

QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS, et al.,

*Defendants.*

CIVIL ACTION
NO. 26-1664

**ORDER**

**AND NOW**, this 13th day of August, 2026, upon consideration of Defendants' Motion to Dismiss, (Dkt. No. 20), Plaintiffs' Response in Opposition, (Dkt. No. 31), Defendants' Reply, (Dkt. No. 34), Plaintiffs' Motion to Strike, (Dkt. No. 41), Defendants' Response in Opposition, (Dkt. No. 43), and Defendants' Motion to Stay, (Dkt. No. 42), it is **ORDERED** as follows:

1. The Motion to Dismiss, (Dkt. No. 20), is **GRANTED in PART** and **DENIED in PART**.
2. Aramark Services, Inc. Group Health Plan, Aramark Uniform Services Health and Welfare Plan, Independence Blue Cross, and Independence Health Group, Inc. are **DISMISSED without prejudice**.
3. Count V is **DISMISSED without prejudice**.
4. The jury demand is **STRICKEN** from the Complaint.
5. The Motion to Strike, (Dkt. No. 41), is **DENIED**.
6. The Motion to Stay, (Dkt. No. 42), is **DENIED as moot**.

7. Plaintiffs may amend their claims with respect to the Plans, IBC and IHG to the extent they can allege facts sufficient to establish they are "fiduciaries" under ERISA. *See* 29 U.S.C. § 1002. They may also amend Count V to the extent they can allege facts sufficient to state a plausible claim for relief.

8. Plaintiffs may file an amended complaint consistent with the accompanying Memorandum on or before **September 11, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.