**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARAMARK SERVICES, INC. f/k/a ARAMARK CORPORATION; and ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>QCC INSURANCE COMPANY D/B/A INDEPENDENCE ADMINISTRATORS; and INDEPENDENCE BLUE CROSS,<br><br>Defendants. | Civil Action No. 2:26-cv-01664-GJP |

**ARAMARK'S MOTION TO DISMISS INDEPENDENCE'S COUNTERCLAIMS AND STRIKE CERTAIN AFFIRMATIVE DEFENSES**

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs Aramark Services, Inc. and Aramark Benefits Compliance Review Committee (collectively, "Aramark"), by and through their undersigned counsel, hereby respectfully move the Court to dismiss the Counterclaims and the Seventh, Eighth, Ninth, Seventeenth, and Eighteenth Affirmative Defenses in QCC Insurance Company d/b/a Independence Administrators' and Independence Blue Cross's (collectively "Independence") Answer to First Amended Complaint, Affirmative Defenses, and Counterclaims (ECF No. 61), for the reasons stated in the attached Memorandum of Law in Support of this Motion.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Nina Kalandadze*
Lawrence H. Pockers (PA No. 84589)
Sarah O'Laughlin Kulik (PA No. 318534)
Nina Kalandadze (PA No. 329064)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Fax: (215) 979-1020
Email: lhpockers@duanemorris.com
sckulik@duanemorris.com
nkalandadze@duanemorris.com

David I. Schiefelbein
(NY Bar No. 4767398) (*pro hac vice*)
Daniel I. Hendler
(NY Bar No. 5378187) (*pro hac vice*)
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Fax: (212) 402-9444
Email: dschiefelbein@mckoolsmith.com
dhendler@mckoolsmith.com

Jon Corey (DC Bar No. 491311) (*pro hac vice*)
**MCKOOL SMITH, P.C.**
1717 K Street NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 370-8300
Fax: (202) 370-8344
Email: jcorey@mckoolsmith.com

***Attorneys for Plaintiffs***
*Aramark Services, Inc.,*
*Aramark Benefits Compliance Review Committee*

**CERTIFICATE OF SERVICE**

I, Nina Kalandadze, certify that on October 23, 2026, I caused a true and correct copy of the foregoing to be filed and electronically served upon all counsel of record via the Court's CM/ECF system.

/s/ *Nina A. Kalandadze*
Nina A. Kalandadze (PA No. 329064)