Miller & Chevalier

**Anthony Shelley**
Member
(202) 626-5924
ashelley@milchev.com

October 29, 2026

**VIA CM/ECF**

Honorable Gerald J. Pappert
U.S. District Court for the
Eastern District of Pennsylvania
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Aramark Services, Inc. f/k/a Aramark Corp., et al. v. QCC Insurance Co. D/B/A Independence Administrators, et al.*, No. 2:26-cv-01664-GJP (E.D. Pa.)

Dear Judge Pappert:

I am counsel for Defendants in the above-captioned case, and I write to seek an additional seven (7) days, through and including November 13, 2026, for Defendants to respond to Plaintiffs' Motion to Dismiss Independence's Counterclaims and Strike Certain Affirmative Defenses (the "Motion").

Defendants' counsel has contacted counsel for Plaintiffs, who have indicated that Plaintiffs consent to this extension request. My understanding from Your Honor's Policies and Procedures is that this request constitutes a routine matter that may be presented by letter (rather than formal motion), given that the request is uncontested.

Good cause exists for Defendants' requested extension. The undersigned lead counsel for Defendants had previously scheduled business travel which fell during the current time period allotted for Defendants to respond to the Motion. In addition, lead counsel has responsibility for a substantial summary judgment motion also due in November in another matter within this Circuit, *New Jersey Staffing Alliance v. Harris*, No. 1:23-cv-02494-CPO-MJS (D.N.J.). Finally, Plaintiffs' Motion is lengthy and multi-faceted, asserting both federal and state-law arguments. Under these circumstances, the requested extension will permit Defendants to respond more fully and concisely to the Motion, without prejudicing any party or affecting any case deadlines.

Defendants' response to the Motion is currently due on November 6, 2026. With the requested extension, Defendants' opposition will be due on November 13, 2026.

Wherefore, Defendants respectfully request that the Court extend their time to respond to the Motion to and including November 13, 2026.

Sincerely,

Anthony F. Shelley

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Lawrence H. Pockers
Sarah O'Laughlin Kulik
Nina Kalandadze
**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
lhpockers@duanemorris.com
sckulik@duanemorris.com
nkalandadze@duanemorris.com

Jon Corey
**McKool Smith, P.C.**
1717 K Street, NW
Suite 1000
Washington, DC 20006
jcorey@mckoolsmith.com

David I. Schiefelbein
Daniel Hendler
**McKool Smith, P.C.**
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
dschiefelbein@mckoolsmith.com
dhendler@mckoolsmith.com

*Counsel for Plaintiffs*

/s/ *Anthony F. Shelley*
Anthony F. Shelley