**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARAMARK BENEFITS COMPLIANCE REVIEW COMMITTEE, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>QCC INSURANCE COMPANY, *doing business as* INDEPENDENCE ADMINISTRATORS, et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 26-1664 |

**ORDER**

**AND NOW**, this 30th day of October, 2026, upon consideration of Defendants Independence Blue Cross and QCC Insurance Company's Motion for Extension of Time to File a Response to Plaintiffs' Motion to Dismiss Defendants' Counterclaims and Strike Certain Affirmative Defenses (Dkt. No. 64), it is **ORDERED** that the request is **GRANTED.** Defendants may file a response to Plaintiffs' Motion to Dismiss (Dkt. No. 63) on or before **November 13, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.